1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10 CHRIS LANGER,

11                                      Plaintiff,           Case No. 18-cv-0626-BAS-KSC

12                                                           **ORDER GRANTING JOINT MOTION TO DISMISS**

13            v.
                                                            **[ECF No. 9]**
14 MISSION BAY 76, LLC,

15                                      Defendant.

16        The parties have jointly moved to dismiss this action with prejudice pursuant

17 to Rule 41(a)(1) because the matter has been resolved to the satisfaction of all parties.

18 (ECF No. 9.)  Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily

19 dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has

20 filed an answer or moved for summary judgment, *or* (2) filing a stipulation of

21 dismissal signed by all parties who have appeared.  FED. R. CIV. P. 41(a)(1)(A); *see*

22 *also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is

23 effective on the filing of the notice or stipulation and no court order is required.  *Stone*

24 *v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16,

25 2007).  Local rules require that all stipulations must be filed as a joint motion.[1]

26

27 _____

28        [1] *See* Electronic Case Filing Administrative Policies and Procedures Manual,
United States District Court for the Southern District of California.

1    Because the parties jointly request dismissal pursuant to Rule 41(a)(1), the

2    Court will treat the motion as a stipulation of dismissal pursuant to Rule

3    41(a)(1)(A)(ii).  Having considered the parties' request, the Court **GRANTS** the joint

4    motion and **DISMISSES WITH PREJUDICE** this action in its entirety.  Each party

5    shall bear its own costs and fees.  The Clerk of the Court is directed to close the case.

6    **IT IS SO ORDERED.**

7

8    **DATED:  July 16, 2018**

**Hon. Cynthia Bashant**
**United States District Judge**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28